**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Alejandro SANCHEZ, a.k.a. Jose Alfredo Jimenez–Manzanares, a.k.a. Fernando Rodriguez–Masas, Defendant–Appellant.**

No. 10–50217.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 14, 2010.*

Filed Jan. 5, 2011.

U.S. Attorneys Office, Esquire, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument.

**260**

Brandon M. Leblanc, Assistant Federal Public Defender, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and CLIFTON, Circuit Judges.

MEMORANDUM **

Alejandro Sanchez appeals from the ten-month sentence imposed upon revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Sanchez contends that the district court procedurally erred by failing to: (1) calculate the advisory Guidelines range; (2) expressly address the relevant factors set forth in 18 U.S.C. § 3553(a) and 18 U.S.C. § 3583(e); and (3) explain the reasons for the sentence imposed. The record reflects that the district court did not procedurally err. *See United States v. Carty,* 520 F.3d 984, 991–93 (9th Cir.2008) (en banc); *see also United States v. Valencia–Barragan,* 608 F.3d 1103, 1108 (9th Cir.2010).

Sanchez next contends that the sentence is substantively unreasonable in light of his mitigating personal circumstances. The record reflects that the ten-month sentence is substantively reasonable in light of the totality of the circumstances. *See Gall v. United States,* 552 U.S. 38, 51–52, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007).

Sanchez last contends that the revocation of supervised release requires imper-missible judicial fact-finding that violates *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). As he concedes, this contention is foreclosed by *United States v. Huerta–Pimental,* 445 F.3d 1220 (9th Cir.2006), and *United States v. Santana,* 526 F.3d 1257, 1262 (9th Cir.2008).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).